IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTHA BRONSON,

    Plaintiff,                    No. Civ. S-03-1611-DFL-EFB

  v.                                     O R D E R

CONSECO FINANCING SERVICES
INCORPORATED,

    Defendant.
_____/

    On September 20, 2006, an Order to Show Cause was filed as to why this case should not be dismissed for lack of prosecution. The twenty-one day period for opposition has passed and no opposition has been filed.

    Therefore, IT IS ORDERED that this case is dismissed with prejudice for lack of prosecution. IT IS SO ORDERED.

Dated: 10/19/2006

_____
DAVID F. LEVI
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26