IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA BRONSON,<br><br>            Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC,<br>GREEN TREE HOLDING, LLC, RANDY<br>LAKE, and VENAE VALDEZ,<br><br>            Defendants. | Case No. 2:03-cv-01611-RRB-EFB<br><br>**ORDER GRANTING MOTION FOR<br>PRELIMINARY INJUNCTION AND<br>MOTION TO FILE VERIFIED<br>THIRD AMENDED COMPLAINT** |

      At Docket 76 is Plaintiff Martha Bronson ("Plaintiff") with an <u>Ex</u> <u>Parte</u> Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction to Enjoin Defendants' Foreclosure and Sale of Plaintiff's Home; and Request for Order Shortening Time for Hearing on Motion to File Third Amended Complaint.  The application and request is opposed at Docket 84.

      In order for the Court to meaningfully address the Application for Temporary Restraining Order and Motion for Preliminary Injunction, the Court must first assert jurisdiction

over the necessary parties.[1]  Therefore, because (1) there appears to be legitimate factual disputes and issues of law, whereby Plaintiff has established some "likelihood" of success on the merits; and (2) Plaintiff's harm is potentially irreparable, the Court **GRANTS** Plaintiff's Application for Order to File Verified Third Amended Complaint and further requires the Defendants named therein to answer the same in due course.[2]

Plaintiff's Motion for Preliminary Injunction, to <u>temporarily</u> enjoin the foreclosure and sale of Plaintiff's home, is also **GRANTED**.[3]  More specifically, Defendants are hereby restrained and/or enjoined from: (1) foreclosing on the Deed of Trust, dated May 21, 1999, executed by Plaintiff, as Trustor, recorded May 28, 1999, as Instrument No. 99070688, Official Records in the Office of the Recorder of San Joaquin County, California, describing land

---

[1] "Plaintiff . . . seeks emergency relief against non-parties that have either been dismissed with prejudice, have obtained summary judgment, are bankrupt, or who have never been named before."  Docket 84 at 2.

[2] The Court Clerk is ordered to file Plaintiff's Verified Third Amended Complaint and issue the appropriate summons forthwith.

[3] Inasmuch as the Court concludes the parties have submitted memoranda thoroughly discussing the law and evidence in support of their positions, it further concludes oral argument is neither necessary nor warranted with regard to the instant matter.  <u>See</u> <u>Mahon v. Credit Bureau of Placer County Inc.</u>, 171 F.3d 1197, 1200 (9th Cir.1999)(explaining that if the parties provided the district court with complete memoranda of the law and evidence in support of their positions, ordinarily oral argument would not be required).

ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION AND
 MOTION TO FILE VERIFIED THIRD AMENDED COMPLAINT - 2
2:03-CV-01611-RRB-EFB

there more commonly known as 1224 Newcastle Court, Tracy, California, Lot 61, Ironwood Development, and as referred in the "DEFAULT," recorded on February 22, 2007, Document No. 2007-038969, and referring to Loan No. 88223309 (FNA Loan No. 6903791009); and/or (2) selling at foreclosure sale or otherwise, on June 20, 2007, or any other time, said property, located at 1224 Newcastle Court, Tracy, California.  This preliminary injunction shall remain in full force and effect <u>until further order of the Court</u>. Plaintiff shall ensure that the involved parties are provided timely notice of this order.

        ENTERED this 15th day of June, 2007.

                              S/RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE