1

**Martha Bronson, Esq. #133396**
2   15 West 8th Street, Suite A
    Tracy, CA 95376
3   209-830-0400 Fax: 209-832-5000
    *Dedicated Website: www.thelaw.bz* E-Mail: mslaw@thelaw.bz
4

5                    UNITED STATES DISTRICT COURT

6                   EASTERN DISTRICTOF CALIFORNIA

7   MARTHA BRONSON,                      CASE NO.:   CIV S-03-01611 RRB-EFB

8                                        ORDER ON STIPULATION SETTING
                          Plaintiff,     ASIDE DEFAULT
9
    vs.
10
    GREEN TREE SERVICING, LLC, ET AL.
11
                          Defendant(s).
12

13          GOOD CAUSE APPEARING and  based upon the stipulation of the parties,  it is hereby ordered

14   that the default entered against SPECIALIZED, INC. 7/17/07. be and hereby is set aside.

15

16   Dated:  January 14, 2008

17                                         /s/ Ralph R. Beistline_____
                                           U.S.  DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com